**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LIGAND PHARMACEUTICALS, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MASTER FILE NO. 04CV1620-DMS (CAB)<br><br>[~~PROPOSED~~] ORDER REGARDING PLAN OF ALLOCATION, ATTORNEYS' FEES AND EXPENSES, AND INCENTIVE AWARD FOR LEAD PLAINTIFFS<br><br>DATE:    October 13, 2006<br>TIME:    1:30 p.m.<br>JUDGE:  Hon. Dana M. Sabraw<br>CTRM:   10 |

THIS MATTER having come before the Court on October 13, 2006, on (i) the application for approval of the proposed Plan of Allocation; (ii) the application of Lead Counsel for an award of attorneys' fees and reimbursement of expenses incurred in the Action, and (iii) the application of the Lead Plaintiffs for incentive awards, having considered all papers filed and proceedings conducted herein, having found the settlement of this Action to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated as of June 28, 2006 (the "Stipulation"). This Court has jurisdiction over the subject matter of these applications and all matters relating thereto, including all Members of the Settlement Class who have not timely and validly requested exclusion.

2. The Court finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") sent to all Settlement Class Members provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund established by the Stipulation among the Settlement Class Members, with due consideration having been given to administrative convenience and necessity. This Court finds and concludes that the Plan of Allocation, as set forth in the Notice, is, in all respects, fair and reasonable and the Court approves the Plan of Allocation.

3. After considering the papers filed in support of the application for attorneys' fees and reimbursement of expenses, the Court awards Lead Counsel reimbursement of expenses in the aggregate amount of $ _104,950.36_. The Court also awards Lead Counsel attorneys' fees in the total amount of $_2,000,000.00_. Lead Counsel shall also receive the payment of interest on both the fee portion of the award and the expense portion of the award for the same time period and at the same rate as that earned on the Settlement Fund until paid. Said fees and expenses shall be

allocated by Lead Counsel in a manner which, in their good-faith judgment, reflects each counsel's contribution to the institution, prosecution and resolution of the Action. The Court finds that the amount of fees awarded is fair and reasonable under both the "percentage-of-recovery" method and in utilizing the loadstar/multiplier method as a cross-check on the reasonableness of the fee award. The awarded attorneys' fees and expenses, and interest earned thereon, shall be paid to Lead Counsel from the Gross Settlement Fund in accordance with the terms, conditions and obligations of the Stipulation, which terms, conditions, and obligations are incorporated herein.

4. Lead Plaintiffs Gary Apostolov, William Davidson, Richard Fisher and Simon Del Rosario are each awarded $ _10,000.00_ as an incentive award for their efforts in representing the Settlement Class.

**IT IS SO ORDERED**

Dated: ____10-16____, 2006

_____
THE HONORABLE DANA M. SABRAW
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

*In re Ligand Pharmaceuticals Incorporated, et al*
CASE NO. 04CV1620DMS(CAB)

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is: 550 West C Street, Suite 1600, San Diego, CA 92101.

That on October 6, 2006, I served the following document(s) entitled **[PROPOSED] ORDER REGARDING PLAN OF ALLOCATION, ATTORNEYS' FEES AND EXPENSES, AND INCENTIVE AWARD FOR LEAD PLAINTIFFS** on ALL INTERESTED PARTIES in this action:

**SEE ATTACHED SERVICE LIST**

■ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in San Diego, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

■ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be contained in an overnight envelope and to be deposited in a **Federal Express/Overnite Express** box located at 550 W C Street, San Diego, California, for delivery to the above address(es).

☐ **BY FAX:** I transmitted a copy of the foregoing document(s) this date via telecopier to the facsimile numbers shown on the attached service list. The facsimile machine I used reported no error and I caused the machine to print a transmission record of the transmission.

☐ **BY PERSONAL SERVICE:** I had such envelope delivered by hand where indicated.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 6, 2006, at San Diego, California.

*Anita Villanueva*
ANITA VILLANUEVA

**LIGAND PHARMACEUTICALS**
CASE NO. 04CV1620DMS(CAB)
Service List

**PLAINTIFFS' COUNSEL**

Todd S. Collins
BERGER & MONTAGUE PC
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

Marc L. Ackerman
BRODSKY & SMITH LLC
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
Telephone: (610) 667-6200
Facsimile: (610) 667-9029

Christopher Keller
LABATON SUCHAROW & RUDOFF LLP
100 Park Avenue, 12th Floor
New York, NY 10017-5563
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Ralph B. Kalfayan
KRAUSE KALFAYAN BENINK &
  SLAVENS LLP
1010 Second Avenus, Suite 1750
San Diego, CA 92101
Telephone: (619) 232-0331
Facsimile: (619) 232-4019

Brian M. Felgoise
LAW OFFICES OF BRIAN M. FELGOISE PC
261 Old York Road, Suite 423
Jenkintown, PA 19001
Telephone: (215) 985-0500
Facsimile: (215) 985-0850

Steven G. Schulman
MILBERG WEISS BERSHAD &
  SCHULMAN LLP
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

Mel E. Lifshitz
BERNSTEIN LIEBHARD & LIFSHITZ LLP
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218

Peter Arthur Binkow
GLANCY BINKOW & GOLDBERG LLP
1801 Ave. of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Kirk B. Hulett
HULETT HARPER STEWART LLP
550 West C Street, Suite 1600
San Diego, CA 92101
Telephone: (619) 338-1133
Facsimile: (619) 338-1139

Leigh Lasky
LASKY & RIFKIND LTD
100 Park Avenue, 12th Floor
New York, NY 10017
Telephone: (212) 907-0800
Facsimile: (212) 684-6083

Charles J. Piven
LAW OFFICES OF CHARLES J. PIVEN, PA
The World Trade Center – Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD 21202
Telephone: (410) 332-0030
Facsimile: (410) 685-1300

Jeff Westerman
MILBERG WEISS BERSHAD &
  SCHULMAN LLP
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-9007
Facsimile: (213) 617-9187

<u>**LIGAND PHARMACEUTICALS**</u>
CASE NO. 04CV1620DMS(CAB)
Service List

<u>**PLAINTIFFS COUNSEL (con't)**</u>

Nancy A Kulesa
SCHATZ & NOBEL PC
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Telephone: (860) 493-6292
Facsimile: (860) 493-6290

Robert M. Roseman
SPECTOR, ROSEMAN & KODROFF
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Robert Scott Dreher
THE DREHER LAW FIRM
835 Fifth Avenue, Suite 202
San Diego, CA 92101
Telephone: (619) 230-8828
Facsimile: (619) 687-0136

Andrew L. Zivitz
Kay Sickles
SCHIFFRIN & BARROWAY LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Marlene E. Kern
TEEL & KERN LLP
8105 Irvine Center Drive, Suite 350
Irvine, CA 92618
Telephone: (949) 727-4767
Facsimile: (949) 727-4768

Jeffrey M. Norton
WECHSLER HARWOOD LLP
488 Madison Avenue, 8th Floor
New York, NY 10022
Telephone: (212) 935-7400
Facsimile: (212) 753-3630

<u>**DEFENSE ATTORNEYS**</u>

*William F. Sullivan
Christopher H. McGrath
Colleen E. Huschke
PAUL HASTINGS JANOFSKY & WALKER LLP
3579 Valley Centre Drive
San Diego, CA 92130
Telephone:(858) 720-2500
Facsimile: (858) 720-2555

*Denotes service via overnight delivery

07/25/06